**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. LIONEL SELZER,<br><br>    Plaintiff,<br><br>  v.<br><br>INDYMAC MORTGAGE SERVICES, et al.,<br><br>    Defendants.<br>                                                            / | No. C 09-04426 JSW<br><br>**ORDER REGARDING PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

On October 16, 2009 at 4:37 p.m., after the Court had closed, Plaintiff filed an *ex parte* application to extend a temporary restraining order ("TRO") issued by the state court before this matter was removed, or, to issue a new TRO. Plaintiff believes that without Court action, Defendants will conduct a non-judicial foreclosure sale of Plaintiff's property by 3:00 p.m. today, October 19, 2009. The Court admonishes Plaintiff for waiting so long to seek an extension or move for a TRO. By delaying filing his request until the last possible moment, Plaintiff risks that the Court will not be able to address the merits of this dispute before the scheduled non-judicial foreclosure sale. Nevertheless, the Court will attempt to address this matter on the merits if possible.

Therefore, the Court ORDERS Defendants to file a response to Plaintiff's request by no later than 1:00 p.m. today and to provide a copy directly to chambers by 1:30 p.m. today. In their response, Defendants shall address when they intend to conduct a non-judicial foreclosure

sale and whether Plaintiff meets the standard required for a TRO under federal rules of civil procedure.

**IT IS SO ORDERED.**

Dated: October 19, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE