IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I. LIONEL SELZER,<br><br>    Plaintiff,<br><br>  v.<br><br>INDYMAC MORTGAGE SERVICES, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-04426 JSW<br><br>**ORDER REGARDING PLAINTIFF'S** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

    The Court HEREBY ORDERS that the parties, including Plaintiff I. Lionel Selzer, appear for a telephonic hearing at 2:00 p.m. on today, October, 19, 2009 regarding Plaintiffs' *ex parte* application for a temporary restraining order. Counsel and Plaintiff shall call Jennifer Ottolini, the Court's Deputy Clerk at (415) 522-4173, by no later than 1:50 p.m. on October 19, 2009 to designate a non-cellular telephone number at which they can be reached. Counsel and Plaintiff shall be available at that number at 2:00 p.m. for the hearing.

    **IT IS SO ORDERED.**

Dated: October 19, 2009

                                                       JEFFREY S. WHITE<br>
                                                       UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California