**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9    I. LIONEL SELZER,

10            Plaintiff,                                    No. C 09-04426 JSW

11      v.

12   INDYMAC MORTGAGE SERVICES, et al.,        **AMENDED ORDER REGARDING
                                                PLAINTIFF'S APPLICATION**
13            Defendants.                       **FOR TEMPORARY
                                                RESTRAINING ORDER**
14   _____/

15

16        Now before the Court is the application for a temporary restraining order ("TRO") filed

17   by Plaintiff I. Lionel Selzer.  To obtain a temporary restraining order, Plaintiff, as the moving

18   party, has the burden of demonstrating "that he is likely to succeed on the merits, that he is

19   likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities

20   tips in his favor, and that an injunction is in the public interest." *Winter v. Natural Resources

21   Defense Council*, 129 S. Ct. 365, 374 (2008) (citations omitted).  "Because injunctive relief

22   prior to trial is a harsh and extraordinary remedy, it is to be granted sparingly and only in cases

23   where the issues are clear and well defined and the plaintiff has established a reasonable

24   certainty of prevailing at trial." *Watermark, Inc. v. United Stations, Inc.*, 219 U.S.P.Q. 31, 32-

25   33 (C.D. Cal. 1982) (*citing Dymo Industries, Inc. v. Tapeprinter, Inc.*, 326 F.2d 141 (9th Cir.

26   1964)).

27        The Ninth Circuit has held that the foreclosure of real property constitutes irreparable

28   injury. *Sundance Land Corp. v. Comty First Fed. Sav. & Loan Ass'n,* 840 F.2d 653, 661 (9th

United States District Court

For the Northern District of California

1   Cir. 1988) (finding that damages would be inadequate because the real property was unique);

2   *see also Nichols v. Deutsche Bank Nat. Trust Co.*, 2007 WL 4181111, *3 (S.D. Cal. Nov. 21,

3   2007) ("The court finds that the imminent foreclosure of Plaintiff's residence presents a threat of

4   irreparable harm."). However, Plaintiff must also demonstrate a probable success on the merits

5   of his claims *or* that serious questions exist as to success on the merits of his claims and that the

6   balance of hardships tips in his favor. Plaintiff has not yet done so. In fact, Plaintiff's

7   application does not even mention what Plaintiff's claim are, let alone demonstrate a likelihood

8   of success of the merits on the elements of his claims. Therefore, the Court DENIES Plaintiff's

9   application for a TRO without prejudice. The Court directs Plaintiff to file an amended

10  application for a TRO by no later than **10:00 a.m.** on **Tuesday, October 27, 2009** and to deliver

11  a copy directly to chambers by no later than **10:30 a.m.** on **October 27, 2009**.

12          If Plaintiff timely files an amended application for a TRO, Defendants Indymac

13  Mortgage Services and One Bank West shall file a response to Plaintiff's TRO application by

14  no later than **10:00 a.m.** on **October 30, 2009**, and Defendants shall deliver a copy of their

15  opposition papers directly to chambers by no later than **10:30 a.m.** on **October 30, 2009**.

16  Plaintiff shall file his reply, if any, by no later than **10:00 a.m.** on **November 2, 2009** and

17  deliver a copy directly to chambers by **10:30 a.m.** on **November 2, 2009**.

18          If Plaintiff files an amended application for TRO, the Court will conduct a hearing on

19  Plaintiff's application for a TRO at **9:00 a.m.** on **November 6, 2009**.

20          Plaintiff shall serve a copy of this Order on Defendants by email and fax by no later than

21  **10:30 a.m.** on **October 26, 2009**.

22          **IT IS SO ORDERED.**

23

24  Dated:   October 26, 2009

    _____
    JEFFREY S. WHITE
25  UNITED STATES DISTRICT JUDGE

26

27

28

2